◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRELL CROUCH, Also Known as WILLIE KEARSE, Appellant. [7 NYS3d 911]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 27, 1997 (*People v Crouch*, 239 AD2d 597 [1997]), affirming a judgment of the Supreme Court, Kings County, rendered March 23, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Skelos, J.P., Dickerson, Miller and Hinds-Radix, JJ., concur.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRELL ELEBY, Appellant. [7 NYS3d 905]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 16, 1988 (*People v Eleby*, 137 AD2d 707 [1988]), affirming a judgment of the Supreme Court, Kings County, rendered January 30, 1986.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Balkin, Miller and Maltese, JJ., concur.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENYON FLETCHER, Appellant. [7 NYS3d 904]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 29, 2009 (*People v Fletcher*, 65 AD3d 1375 [2009]), affirming a sentence of the Supreme Court, Kings County, imposed November 26, 2007.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Dillon, Dickerson and Austin, JJ., concur.